**Opinion issued April 30, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-26-00020-CV**

_____

**SOS MC LLC D/B/A SUCCESS ON THE SPECTRUM, Appellant**

**V.**

**CHRISTOPHER HODSON AND VARSHAA SACHDEV-HODSON, INDIVIDUALLY AND AS NEXT FRIENDS OF TEJAS HODSON, A MINOR, Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-65981**

**MEMORANDUM OPINION**

At the parties' request, we abated this appeal while they negotiated settlement. The parties filed a joint motion to dismiss the appeal because they have resolved their differences. We reinstate this appeal and grant the parties' motion to

dismiss.  *See* TEX. R. APP. P. 42.1, 43.2(f).  We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.